UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Cr. No. 11-446 (WHW)

      -vs-    :

JAHRI MERIWETHER    :    <u>ORDER OF RELEASE</u>

It is on this 28th day of June 2011 ORDERED:

That bail be fixed at $10,000 and the defendant be released upon unsecured appearance bond.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. Pretrial Services supervision
2. Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents.
3. Travel restricted to the continental United States.
4. Abstain from the use of alcohol. Submit to testing and treatment as directed by Pretrial Services.
5. Not to obtain employment in the accounting/bookkeeping field unless the employer is made aware of the instant offense.

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
WILLIAM H. WALLS, U.S.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Loretta Minott, Deputy Clerk

<u>NOTICE OF PENALTIES APPLICABLE
TO THE VIOLATION OF CONDITION OF RELEASE</u>

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.