PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jahri Meriwether                                         Cr.: 11-00446-001
                                                                          PACTS #: 61260

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM H. WALLS
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/14/2014

Original Offense:   WIRE FRAUD – Title 18 U.S.C. § 1343

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, $397,000.00 Restitution, and No New Debt/Credit

Type of Supervision: Supervised Release             Date Supervision Commenced:  November 6, 2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The offender's term of supervised release is scheduled to expire on November 5, 2018 with an outstanding restitution balance. She was unable to fully satisfy the balance prior to the scheduled date of expiration, and paid $3,125.00 towards her restitution obligation of $393,875.00.

U.S. Probation Officer Action:

We are requesting that the offender's supervised release term be allowed to terminate on November 5, 2018 as the Financial Litigation Unit will pursue collection of the remaining restitution balance.

                                                 Respectfully submitted,

                                                 *Dana Hafner/nm*

                                                 By: Dana Hafner
                                                     U.S. Probation Officer

                                                 Date: 07/10/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by Probation)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date